## In The Interest of R.A.R.

### No. ED 75879.

Missouri Court of Appeals,
Eastern District,
Division One.

May 9, 2000.

William P. Grant, Margulis, Grant & Margulis, P.C., St. Louis, for appellant.

Cynthia Harcourt–Hearring, Family Court of St. Louis County, Clayton, for respondent.

Before GARY M. GAERTNER, P.J. and PAUL J. SIMON and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

T.R., mother, appeals the judgment of the trial court terminating her parental rights as to R.A.R., Jr., her minor child. On appeal, mother contends that the trial court erred in its judgment because its decision was against the weight of the evidence and contrary to existing law in that insufficient evidence was presented to support a finding by clear, cogent and convincing evidence that grounds for termination existed under either section 211.447.2(1) (all further references shall be to RSMo 1994, unless otherwise noted), or 211.447.4(2) and (3).

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion reciting detailed facts and restating principles of law would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).

## Sherrod GREENLAW, Movant/Appellant,

v.

## STATE of Missouri, Respondent.

### No. ED 76677.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 9, 2000.

S. Paige Canfield, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Krista D. Boston, Asst. Atty. Gen., Jefferson City, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., and ROBERT G. DOWD, Jr., and SHERRI B. SULLIVAN, JJ.

### ORDER

PER CURIAM.

Sherrod Greenlaw (Movant) appeals the judgment denying on the merits without a hearing his motion for post-conviction relief under Rule 24.035. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).